

**Jeffrey M. Greilsheimer**
Halloran Farkas + Kittila LLP
600 Third Avenue
New York, New York 10016
Phone: (646) 825-2390
Email: jg@hfk.law

January 14, 2025

**VIA ECF**

Hon. Steven Tiscione
United States District Court for the Eastern
District of New York
100 Federal Plaza
Central Islip, NY 11722

Re: *Velocity Capital Group LLC v. Hussian College Inc., et al.*, 23-cv-05562

Dear Judge Tiscione:

We represent Defendants in the above referenced action and write pursuant to the Scheduling Order entered on the docket on December 19, 2024. We discussed the Court's Discovery Plan Worksheet with counsel for Velocity Capital Group LLC ("VCG") and Jacob Avigdor ("Avigdor"). In accordance with that discussion, we submit the enclosed completed copy of the Worksheet on behalf of VCG, Avigdor and Defendants.

Respectfully submitted,

/s/ *Jeffrey M. Greilsheimer*

Encl.

cc: Gene Rosen, Esq. (counsel for Plaintiff) *via email*