

**Jeffrey M. Greilsheimer**
Halloran Farkas + Kittila LLP
600 Third Avenue
New York, New York 10016
Phone: (646) 825-2390
Email: jg@hfk.law

January 14, 2025

**VIA ECF**

Hon. Nusrat J. Choudhury
United States District Court for the Eastern
District of New York
100 Federal Plaza
Central Islip, NY 11722

Re: *Velocity Capital Group LLC v. Hussian College Inc., et al.*, 23-cv-05562

Dear Judge Choudhury:

We represent Defendants in the above referenced action and write pursuant to Your Honor's Order dated January 2, 2025, requiring that Defendants "notify this Court of the status of service of the Summons and Third-Party Complaint and Crossclaims on all parties not yet served by January 16, 2025."

Defendants filed the proposed summons for Arena Investors, LP on December 10, 2024. (ECF #15-3.) On January 13, 2025, the Clerk of the Court issued the summons for Arena Investors, LP. (ECF #20.) On January 14, 2025, the undersigned provided copies of the Summons and the Answer with Third Party Complaint and Crossclaims to a process server for service. The process server anticipates that service will be completed within 10 business days.

Respectfully submitted,

/s/ *Jeffrey M. Greilsheimer*