# CIVIL MINUTE ENTRY

| | |
|---|---|
| BEFORE: | Magistrate Judge Steven L. Tiscione |
| DATE: | January 16, 2025 |
| TIME: | 2:00 P.M. |
| DOCKET NUMBER(S): | CV-23-5562 (NJC) |
| NAME OF CASE(S): | Velocity Capital Group LLC v. Hussian College, Inc. et al. |
| FOR PLAINTIFF(S): | Rosen |
| FOR DEFENDANT(S): | Greilsheimer |
| NEXT CONFERENCE(S): | Settlement Conference - March 21, 2025 at 12:00 p.m. |
| FTR/COURT REPORTER: | Not Recorded |

**RULINGS FROM** Initial Conference:

The Court sets the following discovery deadlines:

Deadline for completion of Rule 26(a) initial disclosures - 2/14/25;

Completion of Phase I discovery - 3/14/25;

Deadline for motions to join new parties or amend pleadings - 4/4/25;

First requests for production of documents and interrogatories due by - 4/18/25;

All fact discovery to be completed by 8/8/25;

Exchange of expert reports - 9/8/25;

Expert depositions completed by - 10/7/25;

All discovery completed by - 10/16/25;

Final date to take first step in dispositive motion practice - 11/14/25.

An in-person settlement conference will be held on March 21, 2025 at 12:00 p.m. in Courtroom 910 of the Central Islip Courthouse. Parties are to submit their respective settlement positions via ex parte electronic filing no later than March 19, 2025. A motion to file ex parte is not Counsel are to refer to the Settlement Section of this Court's Individual Rules in preparation for the conference.