# CIVIL MINUTE ENTRY

| | |
|---|---|
| BEFORE: | Magistrate Judge Steven L. Tiscione |
| DATE: | March 21, 2025 |
| TIME: | 12:00 P.M. |
| DOCKET NUMBER(S): | CV-23-5562 (NJC) |
| NAME OF CASE(S): | Velocity Capital Group LLC v. Hussian College, Inc. et al |
| FOR PLAINTIFF(S): | Rosen |
| FOR DEFENDANT(S): | Greilsheimer |
| NEXT CONFERENCE(S): | See rulings below |
| FTR/COURT REPORTER: | Not Recorded |
| RULINGS FROM Settlement Conference: | |

Settlement discussions were held. Progress was made towards streamlining the case and potentially resolving the claim against a third-party defendant but class-wide settlement discussions were not productive at this time. Parties will advise the Court when a further settlement conference would be productive.