UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| VELOCITY CAPITAL GROUP LLC,<br><br>Plaintiff,<br><br>v.<br><br>HUSSIAN COLLEGE, INC., JOSHUA DAVID FIGULI, and DAVID J. FIGULI,<br><br>Defendants. | Case No.: 2:23-cv-05562-NJC-ST |
| HUSSIAN COLLEGE, INC., JOSHUA DAVID FIGULI, and DAVID J. FIGULI, on behalf of themselves and all similarly situated borrowers and guarantors,<br><br>Plaintiffs,<br><br>v.<br><br>VELOCITY CAPITAL GROUP LLC, JACOB AVIGDOR, ARENA INVESTORS, LP, JOHN DOES 1-100, and JOHN DOES 101-200,<br><br>Defendants. | |

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

**IT IS HEREBY STIPULATED AND AGREED**, pursuant to Fed. R. Civ. P. 41(a) and the Order dated July 25, 2025, by and between the undersigned attorneys for Third-Party Defendant Arena Investors, LP (“Arena”) and the undersigned attorneys for Defendants Hussian College, Inc., David J. Figuli and Joshua David Figuli (collectively, “Defendants”), that all claims against Arena are hereby dismissed without prejudice and without attorneys’ fees, costs, or expenses, to any party; and

**IT IS FURTHER STIPULATED AND AGREED** that Defendants can re-join Arena as a party through service, by e-mail, on Arena’s current counsel; and

**IT IS FURTHER STIPULATED AND AGREED** that Arena remains subject to this Court's jurisdiction with respect to any issues that arise in connection with the materials that Arena produced pursuant to the Confidentiality Stipulation and Order entered in this action; and

**IT IS FURTHER STIPULATED AND AGREED** that this Stipulation may be filed without further notice and, for purpose of filing this Stipulation, this Stipulation may be executed in counterparts, each of which shall be deemed an original, but all of which, when taken together, shall constitute the entire Agreement, and that electronic signatures and signatures by electronic mail should be considered the same as original signatures.

Dated: August 1, 2025

/s/ *Jeffrey M..Greilsheimer*___________
Jeffrey M. Greilsheimer
HALLORAN FARKAS + KITTILA LLP
600 Third Avenue, 2d Floor
New York, New York 10016
646.825.2390
jg@hfk.law

*Attorneys for Hussian College, Inc., David J. Figuli and Joshua David Figuli*

/s/ Frank Morreale
Frank Morreale
Matthew R. DiBlasi
HOLLAND & KNIGHT LLP
787 Seventh Ave.
New York, New York 10019
frank.morreale@hklaw.com
matthew.diblasi@hklaw.com

*Attorneys for Arena Investors, LP*

Dated: August __, 2025

SO ORDERED:

______________________________
Nusrat J. Choudhury
United States District Court Judge