# manatt

**Andrew L. Morrison**
Manatt, Phelps & Phillips, LLP
Direct Dial: (212) 790-4581
AMorrison@manatt.com

August 15, 2025

**VIA ECF**

Honorable Nusrat J. Choudhury
United States District Court
Eastern District of New York
100 Federal Plaza, Courtroom 1040
Central Islip, NY 11722

      Re:    *Velocity Capital Group LLC v. Hussian College, Inc., et al.*,
              Case No. 2:23-cv-05562-NJC-ST

Dear Judge Choudhury:

      We represent Plaintiff Velocity Capital Group LLC and Counter-Defendant Jacob Avigdor (collectively, "Velocity") in the above-referenced action.

      We respectfully submit this letter to comply with the Court's August 11, 2025 Order requiring Plaintiff to file a letter to apprise the Court of the status of Velocity's counsel of record and advise whether Velocity intends to proceed with a motion to dismiss/motion to strike directed at Defendant Hussian College, Inc.'s ("Hussian") counterclaim.

      Yesterday, I filed a notice of appearance and submitted a fully executed substitution of counsel to Magistrate Judge Steven Tiscione, per Rule 3.1 of Your Honor's Individual Rules, to be So Ordered. (Dkt. Nos. 48-49.) Magistrate Judge Tiscione granted the motion to substitute attorney by Order dated August 15, 2025.

      Also, yesterday, our co-counsel, Christopher Murray, Esq. filed a notice of appearance. (Dkt. No. 47.)

      Finally, yesterday, new counsel for Velocity participated in a conference call with counsel for Hussian to introduce ourselves and discuss the possibility of settlement. The parties scheduled a call for Wednesday, August 20, 2025 to follow up with a more detailed discussion.

      Although Velocity intends to submit a motion to dismiss/strike in the event litigation continues, the parties respectfully request a short pause before the Court enters a briefing schedule for such motion in order to pursue further settlement discussions. Given the end of summer calendars, we respectfully request thirty days to allow new counsel to get up to speed on

# manatt

Hon. Nusrat J. Choudary
August 15, 2025
Page 2

both the facts and the prior proceedings had herein and also to allow the parties time to explore a negotiated resolution of this matter without further litigation.

Finally, Velocity intends to submit motions for the pro hac admission of my colleagues Scott Pearson, Esq. and Brandon Wong, Esq.

We thank the Court for its consideration.

Respectfully submitted,

Andrew L. Morrison

cc:   All counsel of record