# manatt

**Andrew L. Morrison**
Manatt, Phelps & Phillips, LLP
Direct Dial: (212) 790-4581
AMorrison@manatt.com

September 15, 2025

**VIA ECF**

Honorable Nusrat J. Choudhury
United States District Court
Eastern District of New York
100 Federal Plaza, Courtroom 1040
Central Islip, NY 11722

Re: *Velocity Capital Group LLC v. Hussian College, Inc., et al.*,
Case No. 2:23-cv-05562-NJC-ST

Dear Judge Choudhury:

We represent Plaintiff Velocity Capital Group LLC and Third Party Defendant Jacob Avigdor (collectively, "Velocity") in the above-referenced action. Per the Court's August 18, 2025 Order (the "August 18 Order"), we respectfully submit this letter jointly with counsel for Defendants/Third Party Plaintiffs Hussian College, Inc., Joshua David Figuli and David J. Figuli (collectively, "Hussian"). Hussian's counsel had an opportunity to review and edit this letter before submission.

The August 18 Order extended the stay of discovery to September 15, 2025 to allow the parties to continue to engage in settlement negotiations. Counsel for Velocity and Hussian engaged in good faith conversations during the period allowed by the Court. During these discussions, the parties agreed to mediate the dispute.

However, the parties have not yet identified a mediator mutually agreeable to both sides. The parties respectfully seek assistance from the Court in this regard. Specifically, the parties respectfully request the Court to identify a few senior status judges or magistrates (in either Brooklyn or Central Islip) not assigned to this case, who would be willing to serve as mediator. The Parties anticipate that the mediation could take a full day to complete.

The parties respectfully request that the Court continue the stay of discovery and select another control date thirty days out by which the parties will submit another joint letter to update the Court on the selection of a mediator and the timing of the mediation.



Hon. Nusrat J. Choudary
September 15, 2025
Page 2

      We thank the Court for its consideration. This letter is submitted on behalf of all parties to the action.

      Respectfully submitted,

      Andrew L. Morrison

cc:    All counsel of record