**EXHIBIT A**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------X

VELOCITY CAPITAL GROUP LLC,

Plaintiff,

v.

HUSSIAN COLLEGE, INC., JOSHUA DAVID FIGULI, and DAVID J. FIGULI,

Defendants.

---------------------------------------------------------X

HUSSIAN COLLEGE, INC., JOSHUA DAVID FIGULI, and DAVID J. FIGULI, on behalf of themselves and all similarly situated borrowers and guarantors,

Counter-Plaintiffs,

v.

JACOB AVIGDOR, ARENA INVESTORS, LP, JOHN DOES 1-100, and JOHN DOES 101-200,

Third-party Defendants.

---------------------------------------------------------X

Case No.: 23-cv-05562 (NJC) (ST)

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41**

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41, the Parties hereby stipulate and agree that the above-captioned action and all claims and counterclaims asserted therein are dismissed with prejudice. Each party shall bear its/his/her own costs, fees, and expenses.

Dated: August 20, 2026

**MANATT, PHELPS & PHILLIPS, LLP**

______________________
Andrew L. Morrison
7 Times Square
New York, NY 10036
(212) 790-4500
amorrison@manatt.com

Brandon Wong (*pro hac vice*)
695 Town Center Drive, 14th Floor
Costa Mesa, CA 92626
(714) 371-2500
bwong@manatt.com

Kaela M. Athay (*pro hac vice*)
One Beacon Street, 11th Floor
Boston, MA 02108
(617) 646-1449
kathay@manatt.com

**MURRAY LEGAL, PLLC**
Christopher Ryan Murray
170 Old Country Rd., Suite 608
Mineola, NY 11501
(516) 260-7367
cmurray@murraylegalpllc.com

*Attorneys for Plaintiff Velocity Capital Group LLC and Counterclaim Defendant Jacob Avigdor*

Dated: August 20, 2026

**HALLORAN FARKAS + KITTILA LLP**

______________________
Jeffrey M. Greilsheimer
Theodore A. Kittila
600 Third Avenue, 2d Floor
New York, NY 10016
(646) 825-2390
jg@hfk.law
tk@hfk.law

*Attorneys for Defendants-Counterclaim Plaintiffs Hussian College Inc., Joshua David Figuli and David J. Figuli*

**SO ORDERED:**

*/s/ Nusrat J. Choudhury*
______________________
Hon. Nusrat J. Choudhury
U.S.D.J., E.D.N.Y.